IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-cv-00493-DGK ) |
| THE HALO FOUNDATION: HELPING ART LIBERATE ORPHANS, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for summary judgment (Doc. 21) is GRANTED and Defendant's cross-motion for summary judgment (Doc. 23) is DENIED.

January 10, 2025                                  Paige Wymore-Wynn
Dated                                             Clerk of Court

January 21, 2025                                  /s/ Tracy Strodtman
Entered                                           (by) Deputy Clerk